UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANNA MOSALSKY,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>SCENIC FRUIT COMPANY, LLC,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-516-RSM<br><br>STIPULATION AND ORDER FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: 8/10/2023 |
| SCENIC FRUIT COMPANY, LLC,<br><br>　　　　　　　Third-Party Plaintiff,<br>v.<br><br>CALIFORNIA SPLENDOR, INC.<br><br>　　　　　　　Third-Party Defendant. | |

1. Pursuant to FRCP 15(a)(2) and LCR 15, the parties, by and through their counsel of record, hereby stipulate to the filing of a First Amended Complaint to add third party defendant, California Splendor, Inc., and supplement facts. The proposed First Amended Complaint is attached as **Exhibit 1**.

STIPULATED MOTION TO FILE FIRST AMENDED COMPLAINT - 1
(Case No. 2:23-cv-516)

Marler Clark, Inc. PS
1012 First Avenue, Fifth Floor
Seattle, Washington 98104-1008
(206) 346-1888

2. Plaintiff filed her complaint against defendant, Scenic Fruit Company, LLC, on April 4, 2023. Scenic was served on April 12, 2023, and filed its answer on June 1, 2023. Scenic, on August 1, 2023, filed a Third-Party Complaint against third-party defendant, California Splendor, Inc. To date, California Splendor has not been served.

3. By signing below, the parties stipulate to the filing of Plaintiff's First Amended Complaint.

DATED: August 11, 2023      MARLER CLARK, INC., PS.

By: /s/ *William D. Marler*
WILLIAM D. MARLER, WSBA #17233
Attorney for Plaintiff
The Standard Building
1012 1st Avenue, Fifth Floor
Seattle, Washington 98104
Telephone: (206) 346-1888
bmarler@marlerclark.com


DAVIS WRIGHT TREMAINE, LLP

By: /s/ *Ashley L. Vulin*
ASHLEY L. VULIN, WSBA #45466
P. ANDREW MCSTAY, JR. (*phv* forthcoming)
Attorney for Defendant, Scenic Fruit
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
T: (503) 241-2300
ashleyvulin@dwt.com
andymcstay@dwt.com


**IT IS SO ORDERED.**

DATED this 11th day of August 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO FILE FIRST AMENDED COMPLAINT - 2
(Case No. 2:23-cv-516)

Marler Clark, Inc. PS
1012 First Avenue, Fifth Floor
Seattle, Washington 98104-1008
(206) 346-1888