UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANNA MOSALSKY,<br><br>          Plaintiff,<br><br>     v.<br><br>SCENIC FRUIT COMPANY, LLC, and<br>CALIFORNIA SPLENDOR, INC.,<br><br>          Defendants. | Case No.: 2:23-cv-00516-RSM<br><br>STIPULATION FOR AND ORDER OF<br>DISMISSAL<br><br>***CLERK'S ACTION REQUIRED*** |

## I.  STIPULATION

   IT IS HEREBY STIPULATED among Plaintiff RYAN DARROW and Defendants

SCENIC FRUIT COMPANY, LLC and CALIFORNIA SPLENDOR, INC., that all claims and

counterclaims among all parties may be dismissed in their entirety with prejudice and without

costs.  There are no claims or parties remaining in suit.

   DATED this 28th day of December, 2023.

                              DAVIS ROTHWELL
                              EARLE & XÓCHIHUA, PC

                              By  */s/ Matthew K.T. Ishihara*
                                 Matthew K.T. Ishihara, WSBA #54333
                                 Keith M. Liguori, WSBA #51501
                                 Christopher J. Drotzmann, WSBA #26871
                              Attorneys for Def. California Splendor, Inc.
                              701 5th Ave, Suite 5500

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE (MOSALSKY)  1
2:23-CV-00516

**DAVIS ROTHWELL**
**EARLE & XÓCHIHUA P.C.**
701 5TH AVE, SUITE 5500
SEATTLE, WA 98104
**(206) 622-2295**

Seattle, WA  98104
P: 206.622.2295
mishihara@davisrothwell.com
kliguori@davisrothwell.com
cdrotzmann@davisrothwell.com

DATED this 28th day of December, 2023.

MARLER CLARK, INC., P.C.

By  */s/ William D. Marler, per email approval*
    William D. Marler, WSBA #17233
Attorney for Plaintiff
1012 1st Avenue, 5th Floor
Seattle, WA  98104
P: 206.346.1888
bmarler@marlerclark.com

DATED this 28th day of December, 2023.

PREG O'DONNELL & GILLETT, PLLC

By  */s/ Lori K. O'Tool, per email approval*
    Lori K. O'Tool, WSBA #26537
Attorneys for Def. Scenic Fruit, LLC
920 5th Ave, Suite 3400
Seattle, WA  98164
P: 206.287.1775
lotool@pregodonnell.com

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE (MOSALSKY)  2
2:23-CV-00516

**DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.**
701 5TH AVE, SUITE 5500
SEATTLE, WA 98104
**(206) 622-2295**

II. <u>ORDER OF DISMISSAL</u>

THIS MATTER having come before the Court, pursuant to the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled claims and counterclaims are hereby dismissed in their entirety with prejudice and without costs.

DATED this 23rd day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS ROTHWELL
EARLE & XOCHIHUA, P.C.

*/s/ Matthew K.T. Ishihara*
Matthew K.T. Ishihara, WSBA #54333
Keith M. Liguori, WSBA #51501
Attorneys for California Splendor, Inc.

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE (MOSALSKY)  3
2:23-CV-00516

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98104
(206) 622-2295