1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TANNA MOSALSKY,

     Plaintiff,

v.

SCENIC FRUIT COMPANY, LLC, and
CALIFORNIA SPLENDOR, INC.,

     Defendants.

Case No.: 2:23-cv-00516-RSM

AMENDED STIPULATION FOR AND
ORDER OF DISMISSAL

***CLERK'S ACTION REQUIRED***

I.  STIPULATION

IT IS HEREBY STIPULATED among Plaintiff TANA MOSALSKY and Defendants
SCENIC FRUIT COMPANY, LLC and CALIFORNIA SPLENDOR, INC., that all claims and
counterclaims among all parties may be dismissed in their entirety with prejudice and without
costs.  There are no claims or parties remaining in suit.

DATED this 24th day of January, 2024.

DAVIS ROTHWELL
EARLE & XÓCHIHUA, PC

By  /s/ Matthew K.T. Ishihara
    Matthew K.T. Ishihara, WSBA #54333
    Keith M. Liguori, WSBA #51501
    Christopher J. Drotzmann, WSBA #26871
Attorneys for Def. California Splendor, Inc.
701 5th Ave, Suite 5500

AMENDED STIPULATION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE (MOSALSKY)  1
2:23-CV-00516

Seattle, WA  98104
P: 206.622.2295
mishihara@davisrothwell.com
kliguori@davisrothwell.com
cdrotzmann@davisrothwell.com

DATED this 24th day of January, 2024.

MARLER CLARK, INC., P.C.

By /s/ William D. Marler, per email approval
    William D. Marler, WSBA #17233
Attorney for Plaintiff
1012 1st Avenue, 5th Floor
Seattle, WA  98104
P: 206.346.1888
bmarler@marlerclark.com

DATED this 24th day of January, 2024.

PREG O'DONNELL & GILLETT, PLLC

By /s/ Lori K. O'Tool, per email approval
    Lori K. O'Tool, WSBA #26537
Attorneys for Def. Scenic Fruit, LLC
920 5th Ave, Suite 3400
Seattle, WA  98164
P: 206.287.1775
lotool@pregodonnell.com

AMENDED STIPULATION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE (MOSALSKY)  2
2:23-CV-00516

**DAVIS ROTHWELL**
**EARLE & XOCHIHUA P.C.**
701 5TH AVE, SUITE 5500
SEATTLE, WA 98104
**(206) 622-2295**

## II. ORDER OF DISMISSAL

THIS MATTER having come before the Court, pursuant to the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled claims and counterclaims are hereby dismissed in their entirety with prejudice and without costs.

DATED this 24th day of January, 2024.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

DAVIS ROTHWELL
EARLE & XOCHIHUA, P.C.

*/s/ Matthew K.T. Ishihara*
Matthew K.T. Ishihara, WSBA #54333
Keith M. Liguori, WSBA #51501
Attorneys for California Splendor, Inc.

AMENDED STIPULATION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE (MOSALSKY)  3
2:23-CV-00516

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
701 5TH AVE, SUITE 5500
SEATTLE, WA 98104
(206) 622-2295